EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| CLEMENT SANTIAGO, (13) | ) | |
| | ) | OLD TRIAL DATE: 01/31/06 |
| Defendant. | ) | NEW TRIAL DATE: 05/23/06 |
| _____ | ) | |

STIPULATION AND ORDER
CONTINUING TRIAL AND TO EXCLUDE TIME

      IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for January 31, 2006, be continued to May 23, 2006 at 9:00 a.m. before the Honorable Susan Oki Mollway.  The Final Pretrial Conference is set for April 24, 2006 at 10:00 a.m. before

Magistrate Leslie E. Kobayashi. Defendant's motions are due February 27, 2006, and the Government's responses are due March 13, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning January 31, 2006, to and including May 23, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial because the continuance allows counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

```
         IT IS SO STIPULATED.

         DATED: Honolulu, Hawaii, January 23, 2006.

                                   EDWARD H. KUBO, JR.
                                   United States Attorney
                                   District of Hawaii


                                   By  /s/ Chris A. Thomas
                                      CHRIS A. THOMAS
                                      Assistant U.S. Attorney


                                    /s/ William A. Harrison
                                   WILLIAM A. HARRISON, ESQ.
                                   Attorney for Defendant (13)
                                   CLEMENT SANTIAGO
```



```
                                   _____
                                   Susan Oki Mollway
                                   United States District Judge
```

United States v. Clement Santiago
Cr. No. 03-00494-13 SOM
"Stipulation and Order Continuing Trial and to Exclude Time"