# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00494SOM

CASE NAME:       USA vs. (13) Clement Santiago

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:

DATE:    5/1/2006                 TIME:

COURT ACTION:  EO: New dates given:

Jury Selection/Trial set for 5/23/06 @ 9:00 a.m. SOM is continued to 6/14/06 @ 9:00 a.m. SOM.

Final Pretrial Conference set for 5/1/06 @ 10:00 a.m. KSC is continued to 5/15/06 @ 10:00 a.m. KSC.

Notified: Chris Thomas AUSA and (13) William Harrison through Mr. Thomas.

Mr. Thomas to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.