EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI         #2286
Chief, Narcotics Section

CHRIS A. THOMAS              #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| CLEMENT SANTIAGO,    (13) | ) | |
| | ) | OLD TRIAL DATE: 05/23/06 |
| Defendant. | ) | NEW TRIAL DATE: 06/14/06 |
| _____ | ) | |

                     STIPULATION AND ORDER
            CONTINUING TRIAL AND TO EXCLUDE TIME

      IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury trial presently scheduled for May 23, 2006, be continued to June 14, 2006, at 9:00 a.m. before the Honorable Susan Oki Mollway.  The Final Pretrial Conference is set for May 15, 2006 at 10:00 a.m. before Magistrate Kevin S.C. Chang.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the period beginning May 23, 2006, to and including June 14, 2006, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161. The Court finds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial because the continuance allows counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, May 1, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Chris A. Thomas
    CHRIS A. THOMAS
    Assistant U.S. Attorney

/s/ William A. Harrison
WILLIAM A. HARRISON, ESQ.
Attorney for Defendant (13)
CLEMENT SANTIAGO

```
        IT IS SO APPROVED AND SO ORDERED:

        DATED:  Honolulu, Hawaii, May 11, 2006.
```



```
                        _____
                        Susan Oki Mollway
                        United States District Judge
```

United States v. Clement Santiago
Cr. No. 03-00494-13 SOM
"Stipulation and Order Continuing Trial and to Exclude Time"