# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/9/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00494SOM |
| CASE NAME: | USA vs. (13) Clement Santiago |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | 13 William Harrison |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/9/2006 | TIME: | 9:05 - 9:20 |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew - Defendant (13) Clement Santiago present.

Defendant sworn.

Questioned.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence against the defendant.

Guilty Plea as to Count 10 of the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 9/25/06 @ 2:15 p.m. SOM.

Government informed the Court that it is in agreement that the defendant qualifies for the one point reduction in the sentencing guidelines for early acceptance of responsibility.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.