Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
CLEMENT SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 03-00494 SOM |
| Plaintiff, | ) |
| | ) SENTENCING STATEMENT OF |
| | ) DEFENDANT CLEMENT SANTIAGO; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| CLEMENT SANTIAGO (13), | ) |
| | ) |
| Defendant. | ) |

SENTENCING STATEMENT OF DEFENDANT CLEMENT SANTIAGO

Comes now Defendant CLEMENT SANTIAGO, by and through his counsel, William A. Harrison, and hereby submits that he has no objections to the draft Pre-Sentence Investigation Report dated August 3, 2006.

Dated: Honolulu, Hawaii, August 9, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
CLEMENT SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00494 SOM |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| CLEMENT SANTIAGO (13), ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Clement Santiago's Sentencing Statement was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses on the date of filing.

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| CHRIS A. THOMAS, ESQ.<br>Assistant U.S. Attorney<br>300 Ala Moana Blvd, Rm 6-100<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiffs<br>UNITED STATES OF AMERICA |  | X |
| ROSANNE T. DONOHOE<br>U.S. Probation Office<br>300 Ala Moana Blvd<br>Honolulu, Hawaii 96850 |  | X |

Dated: Honolulu, Hawaii, August 9, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON