# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00494SOM |
| CASE NAME: | USA vs. (13) Clement Santiago |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | 13 William Harrison |
| | Rosanne Donohoe (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 9/25/2006 | TIME: | 2:55 - 3:15 |

COURT ACTION:  EP: Sentencing to Count 10 of the Indictment -

Defendant (13) Clement Santiago present.

Court adopts the PSR and the USPO's recommendation, and they are placed under seal.

The Court found that the defendant qualifies for the "safety valve" provisions as set forth in 18 USC 3553(f)(1)-(5).

Allocution by the defendant.

ADJUDGED:

Probation: 3 Years.

Fine: $2,000.00.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the fine of $2,000 is due immediately and any remaining balance shall be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Defendant advised of his right to appeal.

Submitted by: Toni Fujinaga, Courtroom Manager.