

**ORIGINAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email: Edric.Ching@usdoj.gov

**LODGED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 19 2006

at ____ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00494-013 SOM |
| Plaintiff, | ) | ORDER FOR PAYMENT OF FINE WITH BOND MONEY |
| vs. | ) | |
| CLEMENT SANTIAGO, | ) | |
| Defendant. | ) | |

ORDER FOR PAYMENT OF
FINE WITH BOND MONEY

The United States of America has filed a motion pursuant to 28 U.S.C. Section 2044 to satisfy the fine owed by the Defendant CLEMENT SANTIAGO (hereinafter referred to as "Defendant") from the money deposited in the Court Registry as bail, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the District of Hawaii apply $2,100.00 deposited in the Registry of the Court by the Defendant as bail in this case, be applied to the payment of the fine adjudged as a sentence in this case.

IT IS FURTHER ORDERED that the balance be returned to the Defendant.

DATED:    10/18/06   , at Honolulu, Hawaii.

/s/ Susan Oki Mollway
UNITED STATES DISTRICT JUDGE

USA vs. CLEMENT SANTIAGO
Cr. No. 03-00494-013 SOM
ORDER FOR PAYMENT OF
FINE WITH BOND MONEY

2