EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U.S. Attorney
Attn:  Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-013 SOM |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| CLEMENT SANTIAGO, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Order for Payment of Fine with Bond Money filed in the United States District Court on October 19, 2006 was duly mailed postage prepaid to the following:

    CLEMENT SANTIAGO
    2256 Aumakua Street
    Pearl City, Hawaii 96782

    Defendant

    DATED:  October 20, 2006 Honolulu, Hawaii.

              /s/ Shari Hsieh

            _____