Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2008

at 4 o'clock and 03 min. P.M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                    Criminal No. CR 03-00494SOM-13

CLEMENT SANTIAGO

On 9/25/2006, the above named was placed on probation for a period of 3 years years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 16 months of supervision.

Respectfully submitted,

MARK T. NUGENT
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 4th day of January, 2008.

SUSAN OKI MOLLWAY
U.S. District Judge